IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>KATHLEEN CORBETT,<br><br>      Debtor,<br><br>CONSUMER PORTFOLIO SERVICES, INC.,<br><br>      Movant,<br><br>  v.<br><br>KATHLEEN CORBETT, LANCE CORBETT, and WILLIAM C. MILLER, Interim Chapter 13 Trustee,<br><br>      Respondents. | Bankruptcy No. 18-13046-jkf<br><br>Chapter 13<br><br>Related to Doc. No. 27 |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

    Consumer Portfolio Services, Inc. has filed a Motion for Relief from the Automatic Stay and Co-Debtor Stay with the Court to lift the automatic stay regarding the 2015 Hyundai Sonata Sedan 4D Sport 2.4L I4, VIN 5NPE34AF5FH111436.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **Monday, December 10, 2018**, you or your attorney must do **all** of the following:

    (a) file an answer explaining your position at:

        Clerk, U.S. Bankruptcy Court
        Robert C. Nix Bldg. Suite 201
        900 Market Street
        Philadelphia, PA  19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)  mail a copy to the movant's attorneys:

>Keri P. Ebeck, Esquire
>Bernstein-Burkley, P.C.
>Suite 2200, Gulf Tower
>Pittsburgh, PA  15219

    2.  If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3.  A hearing on the motion is scheduled to be held before the Honorable Jean K. FitzSimon on **December 12, 2018 at 9:30 A.M.** in Courtroom #3, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

    4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5.  You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

>Respectfully submitted,
>
>BERNSTEIN-BURKLEY, P.C.
>
>By: /s/ Keri P. Ebeck
>Keri P. Ebeck, Esq.
>PA I.D. #91298
>kebeck@bernsteinlaw.com
>Suite 2200, Gulf Tower
>Pittsburgh, PA 15219
>Phone (412) 456-8112
>Fax: (412) 456-8135
>
>*Counsel for Consumer Portfolio Services, Inc.*

Dated:  November 21, 2018